UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

Air Bob, Inc., §
§
vs. § Civil No. H-03-1854
§
GE Engine Services Corp Aviation, §

United States Courts
Southern District of Texas
ENTERED

MAY 1 8 2005

### ORDER STRIKING DOCUMENT

Michael N. Milby, Clerk of Court

The Clerk has filed the Motion to Exclude Expert Testimony of Mark D. DiIullo and to Strike His Supplemental Expert Report (Inst. # 85), however, it is deficient as checked. (L.R. refers to the Local Rules of this District.)

1. [ ]   Document is not signed. (LR11.3)

2. [ ]   Document does not comply with LR11.3.A.(1) through (6)

3. [ ]   Caption of the document is incomplete. (LR10.1)

4. [ ]   No certificate of service nor explanation why service is not required. (LR5.4)

5. [ ]   Motion does not comply with LR7.

   a. [ ]   No statement of opposition or non-opposition. (LR7.2)
   b. [ ]   No statement of conference between counsel. (LR7.1.D(1))
   c. [ ]   No separate proposed order attached. (LR7.1C)

6. [ ]   Motion to consolidate does not comply with LR7.6.

7.   [ ]   Document must be in 14 point font and double spaced. (Reference: Judge Hittner's procedure manual.)

8.   [ X ]   Other:  Dispositive Motion Cut-off was February 28, 2005.

The document is stricken from the record.

Date: _May 17, 2005_

_____
David Hittner
United States District Judge